UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD LEE CANADA,<br>       Plaintiff,<br><br>    v.<br><br>JOHN DOE,<br>       Defendant. | Case No. 24-cv-07881-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff Ronald Lee Canada has not responded to the Clerk's Notices to (i) file a complaint on this Court's form, and (ii) file an application to proceed in forma pauperis (IFP) or pay the $405.00 filing fee. (Dkt. Nos. 3 and 4.) Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with the Clerk's Notices and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Canada may move to reopen. Any such motion must (i) have the words MOTION TO REOPEN written on the first page; (ii) be accompanied by a complaint that appears on this Court's form; and (iii) be accompanied by a complete IFP application or full payment for the $405.00 filing fee.

I have forwarded a copy of Dkt. No. 5, a letter that is addressed to "Special Master", to the United States District Court for the Eastern District of California, as it appears to relate to a case pending there, *Coleman v Newsom*, 2:90-cv-00520-KJM-SCR (PC).

The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** January 8, 2025



WILLIAM H. ORRICK
United States District Judge